Dora Lane
Nevada Bar No. 8424
Steven J.T. Washington
Nevada Bar No. 14298
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
dlane@hollandhart.com
sjwashington@hollandhart.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ISABEL BURGOS-DUMANI,<br><br>Plaintiff,<br><br>v.<br><br>INCORP SERVICES, INC., IO STAFFING, INC., a Nevada Corporation; LOUISE BREYTENBACH, an individual; DOES 1-10 and ROE CORPORATE ENTITIES 1-10,<br><br>Defendants. | Case No.: 2:23-cv-01446-APG-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

///

///

///

///

///

///

1

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

The parties, by and through their respective undersigned counsel of record, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss all claims asserted in this action, with prejudice.

Each party shall bear his or its own attorneys' fees and costs.

DATED this 7th day of February 2024.  DATED this 7th day of February 2024.

**HOLLAND & HART LLP**  **LAW OFFICE OF MARY F. CHAPMAN, LTD.**

_____  _____
Dora Lane  Mary F. Chapman, Esq.
Nevada Bar No. 8424  Nevada Bar No. 6591
Steven J.T. Washington  8440 W. Lake Mead Blvd., Suite 203
Nevada Bar No. 14298  Las Vegas, NV 89128
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134  *Attorneys for Plaintiff*

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 8, 2024

2